1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| LAM RESEARCH CORPORATION, a Delaware corporation, | Cause No. CV4-5435FDB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT WITNESS AND REBUTTAL EXPERT WITNESS DISCLOSURE IDENTIFIED IN ORDER SCHEDULING TRIAL AND PRETRIAL DATES |
| vs. | |
| SUBHASH DESHMUKH, a Washington resident, | |
| Defendant. | **NOTE FOR MOTION CALENDAR**: |

## I. MOTION

Lam Research Corporation (hereinafter "Lam") and Defendant Subhash Deshmukh, pursuant to Local Rule CR 7(d)(1), move for an order extending the deadlines to disclosure primary and rebuttal expert witnesses. A 17 day extension is sought for each disclosure. There have been no previous requests for extensions of any of the dates identified in the Court's Order Setting Trial and Pretrial Dates, and the parties do not wish or intend for this requested extension to have any impact upon the existing discovery cut-off date in this matter and/or the impending trial date identified in the Court's Order. Additional time is required so that the parties'

STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT WITNESSES- 1 (CV4-5435FDB)

**HOLLAND & KNIGHT LLP**
2600 Pike Tower
520 Pike Street
Seattle, WA 98101
Telephone: (206)340-1825
Facsimile: (206)623-4363

respective experts have adequate time to file their reports, in light of the fact that both experts

are teaching professors at the University of California at Berkeley and classes are about to begin.

The extension would allow for adequate time to complete the at-issue reports given such issues.


Stipulated to  this ___ day of _____ 2005.


HOLLAND & KNIGHT LLP


By:_____
Alexander A. Baehr, WSBA No. 25230
Attorneys for Plaintiff


CORR, CRONIN, MICHELSON,
BAUMGARDENDER & PREECE, LLP


By:_____
Kelly P. Corr, WSBA No. 00555
Kelsey Joyce, WSBA No. 29280

STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR
DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT
WITNESSES- 2
(CV4-5435FDB)

**HOLLAND & KNIGHT LLP**
2600 Pike Tower
520 Pike Street
Seattle, WA 98101
Telephone: (206)340-1825
Facsimile: (206)623-4363

# ORDER

Pursuant to Local Rule CR 10(g), it is so ORDERED.

Entered this 24th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

HOLLAND & KNIGHT LLP

_____
Alexander A. Baehr, WSBA No. 25320
Attorneys for Plaintiff.

# 3146786_v1

STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR
DISCLOSURE OF EXPERT WITNESSES AND REBUTTAL EXPERT
WITNESSES- 3
(CV4-5435FDB)

**HOLLAND & KNIGHT LLP**
2600 Pike Tower
520 Pike Street
Seattle, WA 98101
Telephone: (206)340-1825
Facsimile: (206)623-4363