Honorable Franklin D. Burgess

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| LAM RESEARCH CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUBHASH DESHMUKH, a Washington resident,<br><br>Defendant. | Cause No. CV4-5435FDB<br><br>STIPULATION TO STAY DISCOVERY IN ORDER TO ENGAGE IN MEDIATION AND TO EXTEND DISCOVERY DATES AND PROPOSED ORDER GRANTING STIPULATION<br><br>**NOTE FOR MOTION CALENDAR**:<br>**October 18, 2005** |

## I. MOTION

Plaintiff Lam Research Corporation and Defendant Subhash Deshmukh, pursuant to Local Rule CR 7(d)(1), move for an order (1) staying discovery for a period of two weeks (October 14, 2005 – October 28, 2005) and (2) extending the expert witness objections date to November 10, 2005 and the discovery cutoff date to November 22, 2005. The November 22, 2005 date, although being slightly longer than the stay period is necessary so as to accommodate each party's expert witness schedule with respect to expert witness depositions. The stay applies to all discovery excluding (1) a presently filed motion in the United States District Court for the

STIPULATION AND ORDER FOR STAY AND EXTENSION OF DISCOVERY- 1
(CV4-5435FDB)

**HOLLAND & KNIGHT LLP**
2600 Pike Tower
520 Pike Street
Seattle, WA 98101
Telephone: (206)340-1825
Facsimile: (206)623-4363

Northern District of California seeking an order to compel Applied Materials, Inc. to produce certain documents requested pursuant to subpoena and (2) an outstanding subpoena to third party Fujitsu Microelectronics America, Inc.

Good cause exists for the above requested stay and extension in that the stay is requested in order for the parties to engage in mediation of this matter. As the Court is aware, this lawsuit has been vigorously contested by both parties, and a stay of discovery in an effort to resolve this case may assist the parties in achieving resolution.

Neither party intends this extension to have any impact upon the impending trial date identified in the Court's Initial Minute Order Scheduling Court Trial and Pretrial Dates.

Stipulated to this ___ day of _____ 2005.

HOLLAND & KNIGHT LLP

By:_____
Alexander A. Baehr, WSBA No. 25230
Attorneys for Plaintiff

CORR, CRONIN, MICHELSON,
BAUMGARDNER & PREECE, LLP

By:_____
Kelly P. Corr, WSBA No. 00555
Kelsey Joyce, WSBA No. 29280

STIPULATION AND ORDER FOR STAY AND EXTENSION OF DISCOVERY- 2
(CV4-5435FDB)

**HOLLAND & KNIGHT LLP**
2600 Pike Tower
520 Pike Street
Seattle, WA 98101
Telephone: (206)340-1825
Facsimile: (206)623-4363

**ORDER**

Pursuant to Local Rule CR 10(g), it is so ORDERED.

Entered this 21st day of October 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

HOLLAND & KNIGHT LLP

_____
Alexander A. Baehr, WSBA No. 25320
Attorneys for Plaintiff.

# 3312007_v1

STIPULATION AND ORDER FOR STAY AND EXTENSION OF DISCOVERY- 3
(CV4-5435FDB)

**HOLLAND & KNIGHT LLP**
2600 Pike Tower
520 Pike Street
Seattle, WA 98101
Telephone: (206)340-1825
Facsimile: (206)623-4363