UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAM RESEARCH CORPORATION,

    Plaintiff,

    v.

SUBHASH DESHMUKH,

    Defendant.

Case No. C04-5435FDB

ORDER DENYING PLAINTIFF'S MOTION TO AMEND AND FOR NEW SCHEDULING ORDER

Before the court is the motion of Plaintiff Lam Research Corporation to amend its complaint and for the issuance of a new scheduling order. The appeal of Defendant Deshmukh divested this court of all authority to proceed further until the mandate has been issued by the Court of Appeals. *In re Thorpe*, 655 F.2d 997, 998 (9th Cir. 1981). As no mandate has issued, this court has no authority to rule on any matters involved in the appeal. *Id*. at 999. This court has already recognized that it lacks jurisdiction to decide issues before the Court of Appeals and that dismissal of the action was an issue before the Court of Appeals. *See* Dkt. # 225. In addition, the relief sought by Plaintiff is in direct conflict with the Court of Appeals' ruling. There is no remand, no issues remain which were not foreclosed by the appellate court's ruling, and the Plaintiff's case has been dismissed.

ORDER - 1

ACCORDINGLY,

IT IS ORDERED:

(1)     Plaintiff's motion to amend and for new scheduling order (Dkt.# 239) is **DENIED**.

DATED this 12th day of December, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2