UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAM RESEARCH CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUBHASH DESHMUKH, a Washington corporation,<br><br>Defendant. | Case No. C04-5435FDB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF |

Before the court is the motion of Plaintiff, Lam Research Corporation, to file an overlength brief in reply to Defendant's response to Plaintiff's motion to amend. The court, finding that good cause does not exist, finds that the motion should be denied.

ACCORDINGLY,

IT IS ORDERED:

(1) Plaintiff's motion to file overlength brief (Dkt.#245) is **DENIED**.

DATED this 12th day of December, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1