THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>SUBHASH DESHMUKH,<br><br>                Defendant. | No. C04-5435FDB<br><br>**ORDER GRANTING MOTION TO EXECUTE BOND AGAINST PLAINTIFF AND ITS SURETY, CONTRACTORS BONDING & INSURANCE CO.**<br>**Re: Bond No. SF8707**<br><br>**CLERK'S ACTION REQUIRED** |

      This matter is before the Court on Defendant's Motion to Execute Bond Against Plaintiff and its Surety, Contractors Bonding And Insurance Company (CBIC). Pursuant to CR 65.1, notice of the motion, the motion, and supporting declaration were served upon the Clerk on February 21, 2006 and mailed to CBIC by the Clerk on March 20, 2006. The Court has considered all materials submitted on this matter. Oral argument was not requested. The Court is fully informed and hereby ORDERS that Defendant's Motion to Execute Bond is

ORDER GRANTING MOTION TO EXECUTE BOND–1
No. C04-5435FDB

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

GRANTED. The Court further ORDERS Plaintiff Lam and Surety CBIC to pay $1000.00 to Dr. Subhash Deshmukh within ten days of the date of this Order. Plaintiff Lam and Surety CBIC are jointly and severally liable to Dr. Deshmukh for this amount. Payment shall be delivered to Dr. Deshmukh's counsel of record.

Dated this <u>3rd</u> day of April, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP


_____/s/_____
Kelly P. Corr, WSBA No. 00555
Kelsey Joyce, WSBA No. 29280
Laurie Thornton, WSBA No. 35030
Attorneys for Defendant Subhash Deshmukh

ORDER GRANTING MOTION TO EXECUTE BOND–2
No. C04-5435FDB

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900